UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-63003-CIV-ZLOCH

JEAMIL ST. HUBERT,

    Plaintiff,

vs.                        **FINAL ORDER OF DISMISSAL**

ALLAH'S REHMAT, INC., d/b/a
DUNKIN DONUTS, IQBAL PANJWANI,
and SHAMASHAH PANJWANI,

    Defendants.
                                  /

    THIS MATTER is before the Court upon the Joint Motion To Approve Settlement, Dismiss With Prejudice And Retain Jurisdiction To Enforce Settlement (DE 5) filed herein by all Parties.  The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Joint Motion To Approve Settlement, Dismiss With Prejudice And Retain Jurisdiction To Enforce Settlement (DE 5) filed herein by all Parties be and the same is hereby **GRANTED**;

    2. Pursuant to <u>Lynn's Food Stores v. United States</u>, 679 F.2d 1350 (11th Cir. 1982), the Parties' Settlement Agreement And Mutual General Release (DE 5) has been reviewed by the Court and the same are hereby approved, adopted, and ratified by the Court;

    3. The above-styled cause be and the same is hereby **DISMISSED**

with prejudice;

4. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot; and

5. The Court reserves jurisdiction solely for the purpose of enforcing the terms of the Parties' Settlement Agreement And Mutual General Release (DE 5).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___26th___ day of January, 2017.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel and Parties of Record